```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK E. PETERS, SR.,

                        Plaintiff,

      - against -

METRO-NORTH COMMUTER RAILROAD,

                        Defendant.

**ORDER**

07 Civ. 1435 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following the Court's receipt of a joint request from the Parties for an extension of time to complete discovery,

**IT IS HEREBY ORDERED THAT**

(1) the Parties **SHALL** appear before the Court for a conference on **May 19, 2009, at 10:00 a.m.**

(2) all discovery in this case **SHALL** be completed no later than **June 8, 2009**;

(3) the Joint Pretrial Order **SHALL** be submitted no later than **July 3, 2009**; and

(4) the trial in this case **SHALL** begin on **July 20, 2009**.

SO ORDERED this 15th day of April 2009
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge